**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 03-1085**

SKIPPY INCORPORATED,

Plaintiff - Appellant,

versus

LIPTON INVESTMENTS, INCORPORATED; BESTFOODS,
INCORPORATED; WILLIAM M. WEBNER; STEPHEN M.
TRATTNER,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  James C. Cacheris, Senior
District Judge.  (CA-02-1571-A)

Submitted:  August 29, 2003          Decided:  September 12, 2003

Before WILKINSON, WIDENER, and WILLIAMS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Mary Helen Sears, M. H. SEARS LAW FIRM, Washington, D.C., for
Appellant.  Carol T. Stone, Camille Turner, JORDAN, COYNE & SAVITS,
L.L.P., Fairfax, Virginia; W. Mack Webner, SUGHRUE MION, P.L.L.C.,
Washington, D.C., for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Skippy Incorporated appeals the district court's order dismissing its complaint, among other reasons, for failure to state a claim upon which relief can be granted, pursuant to Fed. R. Civ. P. 12(b)(6). We have thoroughly reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Skippy Inc. v. Lipton Investments, Inc., No. CA-02-1571-A (E.D. Va. Dec. 20, 2002). In light of our disposition, we deny as moot Appellees' motions for summary affirmance. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2